STATE OF INDIANA ) IN THE NOBLE SUPERIOR COURT 1
) SS:
COUNTY OF NOBLE ) CAUSE NO. 57D01-0906-FD-122

STATE OF INDIANA )
)
vs. )
)
JEFFERY SCOTT BROWN )

FILED
OCT 11 2011
CLERK NOBLE SUPERIOR COURT
DIVISION 1

Plea to: Count III: Failure to register with sex offender registry, Class D felony

## AGREEMENT

Come now the State of Indiana, by James B. Mowery, Chief Deputy Prosecuting Attorney for the 33rd Judicial Circuit, and Defendant, Jeffery Scott Brown, in person and by counsel, Howard Hanson, and enter into the following agreement.

The parties agree as follows:

[1] This plea agreement, having been signed by all parties, shall be introduced into evidence by stipulation at the time of Defendant's guilty plea.

[2] Defendant understands that the Court will review this plea agreement, the pre-sentence report (if ordered by the Court or requested by either party) of the Noble County Probation Department, as well as any evidence presented by the parties, and either accept or reject this plea agreement. If this plea agreement is rejected by the Court, then the plea agreement is void, and a plea of not guilty will be restored to Defendant.

[3] The Defendant agrees to plead guilty to the following charge(s): **Count III: Failure to register with sex offender registry, Class D felony**

[4] The parties agree to the following sentence to be imposed by the Court:

**Count 1: Six (6) months in the Indiana Department of Correction, all of which shall be served.**

**All other matters of sentencing shall be left to the discretion of the Court.**

[5] The parties agree that all issues pursuant to I.C. 35-6-3 et. seq. concerning credit time classification, additional credit time earned for completion of certain degrees and programs, initial assignment to credit classification, and deprivation of credit

1


EXHIBIT C

time are governed by the Indiana Department of Correction and applicable Indiana statute, and no representation to the contrary has been made herein.

[6] Defendant acknowledges that he/she understands that if he/she is not a citizen of the United States of America, the conviction of the offense herein may have the consequences of deportation, exclusion from admission to the United States of America or denial of naturalization pursuant to the laws of the United States of America.

[7] It is agreed that the sentence herein is the appropriate sentence to be served pursuant to this Agreement, and the defendant hereby waives any further requests to modify the sentence under I.C. 35-38-1-17.

[8] Defendant hereby waives his/her right to request a review of the sentence entered herein pursuant to Rule 7 of the Indiana Rules of Appellate Procedure.

[9] The Defendant understands that the State and Federal Constitutions guarantee all criminal defendants certain rights, among them being the rights to a public trial by jury, to a speedy trial, to be free from self-incrimination, to confront and cross-examine the State's witnesses, to have compulsory process for obtaining witnesses for the defense, and to require the State to prove guilt beyond a reasonable doubt. The Defendant further understands that the entry of a guilty plea pursuant to the plea agreement waives those rights and constitutes an admission of the truth of all facts alleged in the Information to which a plea of guilty is entered and that the guilty plea amounts to a conviction.

[10] The Defendant additionally acknowledges satisfaction with defense counsel's representation and competency exhibited in this matter and further acknowledges belief that this plea is in the best interest of the Defendant.

[11] This recommendation embodies the entire plea agreement between the parties, and no promises have been made or inducements given to the Defendant by the State which are not set out herein.

Dated: October 11, 2011.

_____
Jeffery Scott Brown
Defendant

_____
James B. Mowery,
Chief Deputy Prosecuting Attorney

_____
Howard Hanson
Attorney for Defendant

2

NOBLE CO SHERIFF 0008