STATE OF INDIANA           )
                           ) SS:
COUNTY OF NOBLE            )

IN THE NOBLE SUPERIOR COURT
DIVISION 1

CAUSE NO. 57D01-0906-FD-122

STATE OF INDIANA   )
                   )
V                  )
                   )
JEFFERY SCOTT BROWN )

## SENTENCING ORDER

Comes Now the State of Indiana by Chief Deputy Prosecuting Attorney James Mowery and the Defendant, Jeffery Scott Brown, in person and with counsel Howard Hanson and in custody of the Noble County Sheriff's Department. The Court being duly advised now finds and orders as follows as per the plea agreement:

WHEREAS the Defendant, Jeffery Scott Brown, has this day been adjudged guilty on his plea of guilty by the Noble Superior Court, Division 1 of the crime of Ct 3 - Failure To Register With Sex Offender Registry, Class D Felony, he is sentenced as follows:

Count I:

The Defendant shall be imprisoned in the Indiana Department of Correction for a period of 6 months, allowing 82 days credit (41 days time served + 41 days Class 1 good time credit) for time heretofore spent in incarceration. This sentence is consecutive to any sentence imposed in 43D01-9608-CF-227, as such is required by I.C. 35-50-1-2(d).

The Defendant is ordered to pay a fine in the amount of $0.00 and Court costs in the amount of $165.00.

The reason for the imposition of this sentence is that it is the one called for in the Plea Agreement filed with this Court and is signed by the Prosecuting Attorney and the Defendant and which the Court has accepted. The Court is, therefore, bound to impose it.

The Defendant, being indigent, shall not be imprisoned for failure to pay fine or costs, but they will be entered of record in the judgement docket.

On motion of the State, Counts 1 and 2 are dismissed.


EXHIBIT
D

NOBLE CO SHERIFF 0009

The Defendant is remanded to the Noble County Sheriff's Department for execution of the sentence.

SO ORDERED THIS 11th DAY OF OCTOBER, 2011.

*Robert Kirsch*
_____
Robert E. Kirsch, Judge
Noble County Superior Court, Division 1

NOBLE CO SHERIFF 0010