STATE OF INDIANA )
                 ) SS:
COUNTY OF NOBLE  )

IN THE NOBLE CIRCUIT COURT

CAUSE NO. 57C01- 1 5 0 9 -F5- 0. 0 0 0 6 7

STATE OF INDIANA        )
                        )
vs.                     )
                        )
JEFFREY SCOTT BROWN     )
DOB: 04/10/1964         )
SSN:  xxx-xx-9449       )

**FILED**

SEP 01 2015

*Michelle Hawthorne*
CLERK NOBLE CIRCUIT COURT

## INFORMATION FOR COUNT I:
## FAILURE TO REGISTER AS A SEX OFFENDER
### LEVEL 5 FELONY– I.C. 11-8-8-17(a) (1)

Deputy Kyle Hartman/1314 says that on or about July 10th, 2015 at and in the County of Noble, State of Indiana, one, **JEFFREY SCOTT BROWN** did knowingly or intentionally fail to register as a sex or violent offender under I.C. 11-8-8-17 as a Sex Offender, to wit: **JEFFREY SCOTT BROWN** failed to report in person to the local law enforcement authority having jurisdiction over the sex or violent offender's change in his principal address as required under 11-8-8-11(a)(1) within seventy-two hours of moving from 112 South Riley Street Kendallville, IN having a previous conviction under this statute (Previous conviction cause number 57D01-0906-FD-122) All of which is contrary to the statute, to wit: I.C. 11-8-8-7(a) (1), in such cases made and provided, and against the peace and dignity of the State of Indiana.

I hereby affirm under the penalties of perjury, as specified by I.C. §35-44.1-2-1, that the foregoing information is true and correct.

_____
Deputy Kyle Hartman/1314

Witnesses:

Approved by: _____
             Deputy Prosecuting Attorney
             33rd Judicial Circuit

**EXHIBIT**

*E*

NOBLE CO SHERIFF 0151

STATE OF INDIANA     )    .        IN THE NOBLE CIRCUIT COURT
                          ) SS:

COUNTY OF NOBLE     )           CAUSE NO.   57C01- 1 5 0 9 -F5- 0 0 0 0 6 7

STATE OF INDIANA            )
                          ) **FILED**

vs.                           )
                          )              SEP 01 2015

JEFFREY SCOTT BROWN     )
DOB: 04/10/1964           )
SSN: xxx-xx-9449          )              _Michelle Hawkertx_
                                             CLERK NOBLE CIRCUIT COURT

**INFORMATION FOR COUNT 2:**
**FAILURE TO REGISTER AS A SEX OFFENDER**
**LEVEL 5 FELONY– I.C. 11-8-8-17(a)(1)**

DEPUTY KYLE HARTMAN/1314 says that on or about AUGUST 26th, 2015 at and in the County of Noble, State of Indiana, one, **JEFFREY SCOTT BROWN** did knowingly or intentionally fail to register as a sex or violent offender under I.C. 11-8-8-17 as a Sex Offender, to wit: **JEFFREY SCOTT BROWN** failed to report in person to the local law enforcement authority having jurisdiction over the sex or violent offender's use of SOCIAL MEDIA i.e. Facebook account within seventy-two hours of signing up for the Facebook account. All of which is contrary to the statute, to wit: I.C. 11-8-8-17(a) (1), in such cases made and provided, and against the peace and dignity of the State of Indiana.

I hereby affirm under the penalties of perjury, as specified by I.C. §35-44.1-2-1, that the foregoing information is true and correct.

                                         _/s/ Kyle Hartman /1314_
                                         Deputy Kyle Hartman/1314

Witnesses:

Approved by: _/s/_____
               Deputy Prosecuting Attorney
               33rd Judicial Circuit

1

NOBLE CO SHERIFF 0152

| STATE OF INDIANA | ) | | IN THE NOBLE CIRCUIT COURT |
|---|---|---|---|
| | ) SS: | | CAUSE NO. 57C01- 1 5 0 9 -F5- 0 0 0 0 6 7 |
| COUNTY OF NOBLE | ) | | |

| STATE OF INDIANA | ) |
|---|---|
| | ) |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY SCOTT BROWN | ) |
| DOB: 04/10/1964 | ) |
| SSN: xxx-xx-9449 | ) |

**FILED**

SEP 01 2015

*[signature]*
CLERK NOBLE CIRCUIT COURT

## INFORMATION FOR COUNT III:
### FAILURE TO REGISTER AS A SEX OFFENDER
### LEVEL 5 FELONY– I.C. 11-8-8-17(a) (3)

Deputy Kyle Hartman/1314 says that on or about May 20th, 2015 at and in the County of Noble, State of Indiana, one, JEFFREY SCOTT BROWN did knowingly or intentionally fail to register as a sex or violent offender under I.C. 11-8-8-17 as a Sex Offender, to wit: JEFFREY SCOTT BROWN made a material misstatement or omission when registering on May 20, 2015 when he omitted the information on his Facebook account within seventy-two hours of signing up for a Facebook Account (Previous conviction cause number 57D01-0906-FD-122)

All of which is contrary to the statute, to wit: I.C. 11-8-8-17(a) (3), in such cases made and provided, and against the peace and dignity of the State of Indiana.

I hereby affirm under the penalties of perjury, as specified by I.C. §35-44.1-2-1, that the foregoing information is true and correct.

*[signature]*
Deputy Kyle Hartman/1314

Witnesses:

Approved by: *[signature]*
Deputy Prosecuting Attorney
33rd Judicial Circuit

1

NOBLE CO SHERIFF 0153

STATE OF INDIANA    )
                       ) SS:
COUNTY OF NOBLE    )

IN THE NOBLE CIRCUIT COURT

CAUSE NO. 57C01- 1 5 0 9 -F5- 0 0 0 0 6 7

STATE OF INDIANA    )
                       )
vs.                     )
                     )
JEFFREY SCOTT BROWN    )
DOB: 04/10/1964    )
SSN: xxx-xx-9449    )

**FILED**

SEP 01 2015

*Vhicauee Vhawherter*
CLERK NOBLE CIRCUIT COURT

### INFORMATION FOR COUNT IV:
### FAILURE TO REGISTER AS A SEX OFFENDER
### LEVEL 5 FELONY– I.C. 11-8-8-17(a) (3)

Deputy Kyle Hartman/1314 says that on or about June 19th, 2015 at and in the County of Noble, State of Indiana, one, **JEFFREY SCOTT BROWN** did knowingly or intentionally fail to register as a sex or violent offender under I.C. 11-8-8-17 as a Sex Offender, to wit: **JEFFREY SCOTT BROWN** made a material misstatement or omission when registering on June 19th, 2015 when he omitted the information on his Facebook account within seventy-two hours of signing up for a Facebook Account (Previous conviction cause number 57D01-0906-FD-122)

All of which is contrary to the statute, to wit: I.C. 11-8-8-17(a) (3), in such cases made and provided, and against the peace and dignity of the State of Indiana.

I hereby affirm under the penalties of perjury, as specified by I.C. §35-44.1-2-1, that the foregoing information is true and correct.

_____
Deputy Kyle Hartman/1314

Witnesses:

Approved by: _____
Deputy Prosecuting Attorney
33rd Judicial Circuit

1

NOBLE CO SHERIFF 0154