| STATE OF INDIANA | ) | IN THE NOBLE SUPERIOR I COURT |
| --- | --- | --- |
| | ) SS: | CAUSE NO. 57C01-1509-F5-000067 |
| COUNTY OF NOBLE | ) | |

STATE OF INDIANA )
)
Vs. )
)
JEFFREY SCOTT BROWN )
DOB: 04/10/1964 )
SSN: xxx-xx-9449 )

**FILED**

SEP 01 2015

CLERK NOBLE CIRCUIT COURT

## AFFIDAVIT FOR PROBABLE CAUSE

Deputy Kyle Hartman/1314, affirms that he believes and has good cause to believe that: One JEFFREY SCOTT BROWN did commit the offense of Failure to Register as a Sex Offender, in violation of I.C. 11-8-8-17, and the facts upon which such belief is based, are as follows:

a) That the undersigned is a Deputy with the Noble County Sheriff's Department, and the Defendant is a competent adult over the age of eighteen (18) years, having been born on APRIL 10th, 1964.

b) On the 26th day of August, 2015, the officer was completing a sex offender registration verification on JEFFREY SCOTT BROWN.

c) This officer has learned JEFFREY SCOTT BROWN was convicted of sexual battery in Kosciusko County, Indiana, under cause number 43D01-9608-CF-227, wherein sentence was entered on the 19th day of February 1996.

d) This officer has learned that JEFFREY SCOTT BROWN was convicted on July 27th, 2009 of Failure to Register as a Sex or Violent offender in Noble County, Indiana, under cause number 57D01-0906-FD-122.

e) The officer learned that JEFFREY SCOTT BROWN is required to register as a sex or violent offender for until 19th day of February 2022.

f) This officer discovered a social networking site i.e. Facebook page utilized by Jeff Brown with a photograph that appeared to be that of the defendant. The Facebook account appeared to be active since June of 2015.

g) This officer checked the Indiana Sex or Violent Offender Registry and learned that JEFFREY SCOTT BROWN had failed to register his Social Media account i.e. Facebook on his Indiana Sex or Violent Offender Registry change of status form, within seventy-two hours of the said change.

1



EXHIBIT F

h) JEFFREY SCOTT BROWN is required to register a change in his principal address. He failed to do so within 72 hours when he moved on July 10th, 2015 from 112 South Riley Street Kendallville, IN to 1004 Garden Street Apt 3 Kendallville, IN.
i) JEFFREY SCOTT BROWN made a material misstatement or omission when registering on May 20th, 2015 when he omitted information on his Facebook Account.
j) JEFFREY SCOTT BROWN made a material misstatement or omission when registering on June 19th, 2015 when he omitted information on his Facebook Account.

I affirm, under the penalties of perjury, as specified by I.C. 35-44.1-2-1, that the foregoing representations are true and correct.

Dated on this 27th day of August, 2015.

Deputy Kyle Hartman/1314