STATE OF INDIANA )
)  SS:
COUNTY OF NOBLE )

IN THE NOBLE CIRCUIT COURT **FILED**

**SEP 01 2015**

~~Michelle Mawhirter~~
CLERK NOBLE CIRCUIT COURT

STATE OF INDIANA )
-vs- )
**Jeffrey Scott Brown** )
D.O.B. 04/10/1964 )
S.S.N. )

CAUSE NUMBER:

57C01- 1 5 0 9 -F5- 0 0 0 0 6 7

## ORDER REGARDING PROBABLE CAUSE

The State of Indiana by Prosecuting Attorney Eric D. Blackman or his deputies, 33rd Judicial Circuit, files its

Information and Affidavit of Probable Cause charging the Defendant, Jeffrey Scott Brown , with:

1. Count I, II, III, IV, Failure to Register at a Sex Offender four Level 5 Felonies;

The Court examines said Information and Affidavit and finds and determines that:

☑ They state facts showing that probable cause exists for the arrest of the Defendant.

☐ The Defendant has already been arrested; or

☑ The Clerk is now directed to issue immediately a warrant of arrest to the Sheriff of Noble County, Indiana returnable forthwith. The Clerk is directed to endorse said bail on the warrant.

☐ The Court determines there is not probable cause for this defendant's arrest, and if in custody, the defendant shall be released.

Bail is set:

☐ in the amount of $ _____, cash or surety;

☐ in the amount set forth in the local rules; or

☑ the Defendant is to be held without bail until further order of the court.

9/1/15 at 12 ⁴⁰ pm
Time and Date

_____
Judge, Noble CIRCUIT COURT

**EXHIBIT**

tabbies®  G