Return ☐
Serve ☐ *file*

IN THE NOBLE COUNTY CIRCUIT COURT
101 N ORANGE STREET
WWW.NOBLECOUNTYCOURTS.ORG
ALBION   IN 46701
260-636-2128

# BENCH WARRANT

STATE OF INDIANA
VS
Jeffrey Scott Brown

CASE NUMBER: 57C01-1509-F5-000067

The State of Indiana, to the Sheriff of Noble County, by an order of the Judge of NOBLE COUNTY CIRCUIT COURT , you are commanded to arrest: **Jeffrey Scott Brown**
**1004 Garden Street**
**Kendallville IN 46755**

| Identifying Data | | | | | |
|---|---|---|---|---|---|
| Soc Sec. #: | OLN #: | | DOB: **4/10/1964** | Sex: | **M** |
| Hair: **BROWN** | Eyes: **BROWN** | Height: **6'1"** | Weight: **225** | Race: | **W** |

And bring him/her forthwith, before G DAVID LAUR of NOBLE COUNTY CIRCUIT COURT , Albion, Indiana.

Bring the respondent before the court immediately for INITIAL HEARING

Count   Date of Offense: 7/10/2015          Class / Type

1. Original Charge: FAILURE TO REGISTER AS A SEX OR VIOLENT    11-8-8-17(a)(1)    5 FELONY
   Amended to:
2. Original Charge: FAILURE TO REGISTER AS A SEX OR VIOLENT    11-8-8-17(a)(1)    5 FELONY
   Amended to:
3. Original Charge: FAILURE TO REGISTER AS A SEX OR VIOLENT    11-8-8-17(a)(3)    5 FELONY
   Amended to:
4. Original Charge: FAILURE TO REGISTER AS A SEX OR VIOLENT    11-8-8-17(a)(3)    5 FELONY
   Amended to:

For personal appearance before the court at its next session.

Bond: $NO BOND PER JUDGE

Dated: 1st day of September, 2015.

_____ RJL
Michelle L. Mawhorter
Clerk of the Noble County Courts

**SHERIFF'S RETURN**

I have served this warrant on _____, and taken the respondent into custody as ordered by this warrant.  Time: ____COPY_____ Officer


EXHIBIT
H