| STATE OF INDIANA | ) | IN THE NOBLE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF NOBLE | ) | CAUSE NO. 57C01-1509-F5-67 |

STATE OF INDIANA )
)
vs. )
)
JEFFREY S. BROWN )

**FILED JAN 14 2016**
CLERK NOBLE CIRCUIT COURT

**Original charge(s):** Count 1: Failure to Register as Sex or Violent Offender, Class 5 Felony, I.C. 11-8-8-17 (a)(1)
Count 2: Failure to Register as Sex or Violent Offender, Class 5 Felony, I.C. 11-8-8-17 (a)(1)
Count 3: Failure to Register as Sex or Violent Offender, Class 5 Felony, I.C. 11-8-8-17 (a)(1)
Count 4: Failure to Register as Sex or Violent Offender, Class 6 Felony, I.C. 11-8-8-17 (a)(1)

**Plea to:** Count 1: Failure to Register as Sex or Violent Offender, Class 6 Felony, I.C. 11-8-8-17 (a)(1)
Count 2: Failure to Register as Sex or Violent Offender, Class 6 Felony, I.C. 11-8-8-17 (a)(1)

## AGREEMENT

*Offered 10-22-15; Expires soonest of 90 days, the final pre-trial conference, or entry of a plea of guilty on other terms*

Come now the State of Indiana, by Kelly L. Morris, Chief Prosecuting Attorney for the 33rd Judicial Circuit, and Defendant, Jeffrey S. Brown, in person and by counsel, Richard J. Thonert, and enter into the following agreement.

The parties agree as follows:

[1] This plea agreement, having been signed by all parties, shall be introduced into evidence by stipulation at the time of Defendant's guilty plea.

[2] Defendant understands that the Court will review this plea agreement, the pre-sentence report (if ordered by the Court or requested by either party) of the Noble County Probation Department, as well as any evidence presented by the parties, and either accept or reject this plea agreement. If this plea agreement is rejected by the Court, then the plea agreement is void, and a plea of not guilty will be restored to Defendant.

1

EXHIBIT I

[3]  The Defendant agrees to plead guilty to the following charge(s): 6
 Count 1: Failure to Register as Sex or Violent Offender, Class 5 Felony,
 I.C. 11-8-8-17 (a)(1)
 Count 2: Failure to Register as Sex or Violent Offender, Class 6 Felony,
 I.C. 11-8-8-17 (a)(1)

[4]  The parties agree to the following sentence to be imposed by the Court:
 2 yrs y/s/
 Count 1: ~~Three (3) years~~ in the Indiana Department of Correction, two (2) of which shall be executed and one (1) year suspended and served on probation. The State has no objection ~~to Work Release~~ or Community Corrections ~~if the Defendant qualifies~~.

 The defendant to serve 7/1/15 by order of the court

 Count 2: ~~Three (3) years~~ in the Indiana Department of Correction, two (2) of which shall be executed and one (1) year suspended and served on probation. ~~The State has no objection to Work Release or Community Corrections if the Defendant qualifies.~~

 Count 1 and Count 2 shall run concurrently with one another. by order of the court

 State agrees to Dismiss Counts 3 & 4.

 All other matters of sentencing shall be left to the discretion of the Court.

[5]  The parties agree that all issues pursuant to I.C. 35-6-3 et. seq. concerning credit time classification, additional credit time earned for completion of certain degrees and programs, initial assignment to credit classification, and deprivation of credit time are governed by the Indiana Department of Correction and applicable Indiana statute, and no representation to the contrary has been made herein.

[6]  Defendant acknowledges that he/she understands that if he/she is not a citizen of the United States of America, the conviction of the offense herein may have the consequences of deportation, exclusion from admission to the United States of America or denial of naturalization pursuant to the laws of the United States of America.

[7]  The Defendant understands that the State and Federal Constitutions guarantee all criminal defendants certain rights, among them being the rights to a public trial by jury, to a speedy trial, to be free from self-incrimination, to confront and cross-examine the State's witnesses, to have compulsory process for obtaining witnesses for the defense, and to require the State to prove guilt beyond a reasonable doubt. The Defendant further understands that the entry of a guilty plea pursuant to the plea agreement waives those rights and constitutes an admission of the truth of all facts alleged in the Information to which a plea of guilty is entered and that the guilty plea amounts to a conviction.

NOBLE CO SHERIFF 0018

[8] As a negotiated condition of entering this plea agreement, the defendant knowingly, intelligently, and voluntarily <u>waives</u> his or her right to appeal the sentence on the basis that it is erroneous, or for any reason, and <u>waives</u> the right to have counsel appointed and the right to seek appellate review of the sentence pursuant to Indiana Appellate Rule 7(B), as long as the trial court sentences him or her within the terms of the plea agreement.

[9] The Defendant additionally acknowledges satisfaction with defense counsel's representation and competency exhibited in this matter and further acknowledges belief that this plea is in the best interest of the Defendant.

[10] This recommendation embodies the entire plea agreement between the parties, and no promises have been made or inducements given to the Defendant by the State which are not set out herein.

Dated: 1-14-16

_____
Jeffrey S. Brown
Defendant

_____
Kelly L. Morris
Chief Deputy Prosecuting Attorney

_____
Richard J. Thonert
Attorney for Defendant

3