

## ABSTRACT OF JUDGMENT

State Form 8466

INDIANA DEPARTMENT OF CORRECTION

*INSTRUCTIONS: This form must accompany the Judgment, Pre-Sentence Report, and all other documents required by law upon the commitment of the adult offender to the Indiana Department of Correction. A separate Abstract must be used for each Case Number.*

| Case Name |
|---|
| State of Indiana Vs. Jeffrey Scott Brown |

| Court |
|---|
| Noble Circuit Court |

| Case Number | TCN Number |
|---|---|
| 57C01-1509-F5-067 | N/A |

| Date of Sentencing |
|---|
| 01/14/2016 |

| Presiding Judge |
|---|
| G. David Laur |

| Date of Offense |
|---|
| 07/10/2015 |

| Prosecutor | Defense Attorney |
|---|---|
| Kelly L. Morris | Richard J. Thonert |

| PART I | The Defendant was charged with the following crimes under the above-referenced cause: | | |
|---|---|---|---|
| COUNT | CRIME | STATUTORY CITATION | DISPOSITION |
| I | 11-8-8-17(a)(1)/F6: Failure to Register as a Sex or Violent Offender sex or violent offender knowing | 11-8-8-17(a)(1) | Plea By Agreement |
| II | 11-8-8-17(a)(1)/F6: Failure to Register as a Sex or Violent Offender sex or violent offender knowing | 11-8-8-17(a)(1) | Plea By Agreement |
| III | 11-8-8-17(a)(1)/F5: Failure to Register as a Sex or Violent Offender but where def has a prior convi | 11-8-8-17(a)(1) | Dismissed |
| IV | 11-8-8-17(a)(1)/F5: Failure to Register as a Sex or Violent Offender but where def has a prior convi | 11-8-8-17(a)(1) | Dismissed |

| PART II | | As a result of the above convictions, the Court has sentenced the defendant as follows: |
|---|---|---|
| COUNT | SENTENCE | COMMENTS |
| I | Sentenced: 2 Years and 6 Months<br>Jail Executed: N/A<br>Comm. Corr: 2 Years and 6 Months<br>Suspended: N/A<br>Probation: N/A | N/A |
| II | Sentenced: 2 Years and 6 Months<br>Jail Executed: N/A<br>Comm. Corr: 2 Years and 6 Months<br>Suspended: N/A<br>Probation: N/A | Concurrent:<br>With Count I herein |

| PART III | Dates of confinement prior to sentencing | | | |
|---|---|---|---|---|
| TYPE | FROM | TO | ACCRUED TIME | GOOD TIME CREDIT |
| Incarceration | 09/01/2015 | 09/02/2015 | 2 | 2 |

| PART IV | | ADDITIONAL INFORMATION | | |
|---|---|---|---|---|
| Date to Report for Incarceration | Credit Restricted Felon | Purposeful Incarceration | | Mental Health Concern |
| 01/14/2016 | No | No | | No |

| Revocation |
|---|
| No |

| Revocation Reasons |
|---|
| N/A |

Printe...



EXHIBIT J

Brown, Jeffrey Scott                                                     57C01-1509-F5-067

| PART V | JUDGE'S RECOMMENDATIONS |
|---|---|
| Is the defendant to be returned to the Court for probation at the completion of his/her sentence?<br><br>No | Probation Office<br>N/A |
|  | Recommended Degree of Security<br>Not Applicable |
| Is the offender currently serving a sentence under DOC custody?    No ||
| Additional Comments and Recommendations<br>Sentence to be served on Noble County Community Correction Program. ||

| PART VI | This section is only required for the official copy filed with the court |
|---|---|
| _____<br>G. David Laur, Presiding Judge | _1-14-2016_<br>Date |

NOBLE CO SHERIFF 0021