STATE OF INDIANA, COUNTY OF NOBLE, SS:

IN THE NOBLE CIRCUIT COURT, 2016 TERM

CAUSE NO. 57D01-0906-FD-122

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY S. BROWN | ) |

FILED
MAR 08 2016
CLERK NOBLE SUPERIOR COURT
DIVISION 1

## ORDER

COMES NOW the Noble Superior Court and having reviewed the Defendant's Motion and the State's Response thereto now finds as follows:

(1) That there was no factual or legal basis for Defendant's Plea of Guilty and, as such, said Plea is set aside.

(2) That there is no factual or legal basis for said charges and as such said charges are now dismissed with prejudice.

(3) That a copy of this Order shall be provided to the Department of Corrections informing the Department of Corrections that the Defendant is not required to register as a Sex Offender.

IT IS THEREFORE ORDERED THAT:

The conviction in the above-entitled matter is set aside, the charges are dismissed against the Defendant and the Department of Corrections is to be informed that the Defendant is not required to register as a Sex Offender.

Dated this 8 day of March, 2016.

Robert E. Kirsch, Judge Noble Superior Court

EXHIBIT
m